E. H. McMichael, appellee, v. Troy and Company, appellant. Gen. No. 33,107.

Opinion filed March 26, 1929.

Newby & Murphy, for appellant; Harry A. Newby, John K. Murphy and Geo. M. Burditt, of counsel. James Hamilton Lewis, Archie H. Cohen and Frank C. Leviton, for appellee; James Hamilton Lewis, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Frank Trysko, appellant, v. M. Erens, appellee. Gen. No. 33,115.

Opinion filed March 26, 1929.

Frank P. Sadler, for appellant. Maxwell Landis, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Harry Abrams, appellee, v. R. J. Dwyer, appellant. Gen. No. 33,125.

Opinion filed March 26, 1929.

Schwartz & Cooper, for appellant. Harold A. Fein, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

C. V. Raiser, appellee, v. Teller Corporation, appellant. Gen. No. 33,134.

Opinion filed March 26, 1929.

Robert F. Kolb and Charles E. McGuire, for appellant. Good, Childs, Bobb & Wescott and Adams & Adams, for appellee; Asa G. Adams and Walter E. Beebe, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.